CO-386-online
10/03

# United States District Court
# For the District of Columbia

United States of America, for the Use )
and Benefit of C.J. Coakley Co., Inc. )
)
)
　　　　　　　　　　Plaintiff )    Civil Action No._____
　　　vs )
)
Liberty Mutual Insurance Company )
)
)
　　　　　　　　　　Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  United States, F.U.B. C.J. Coakley Co., Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  C.J. Coakley Company, Inc.  which have any outstanding securities in the hands of the public:

　　　None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar Number 451556
BAR IDENTIFICATION NO.

Kristen A. Bennett
Print Name

1750 Tysons Boulevard, Suite 1450
Address

McLean　　　　VA　　　　22102
City　　　　　　State　　　Zip Code

703-506-2050
Phone Number