**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **C.J. COAKLEY COMPANY, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-01936(RCL)** |
| | ) | |
| **LIBERTY MUTUAL** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

_____There is nothing on the docket of the Clerk of Court reflecting service on defendant Liberty Mutual Insurance Company.

Rule 4(a) of the Federal Rules of Civil Procedure indicates that a plaintiff shall be responsible for prompt service of the summons and complaint. Rule 4(g) states that the person serving the process shall make proof of service to the court promptly and in any event within the time during which the person served must respond to the process.

Accordingly, it is hereby ORDERED that plaintiff shall, within the next ten (10) days, file with the Clerk of Court either proof of service or a status memorandum indicating all steps taken to date to effect service.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 17, 2007.