UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the Use and Benefit of<br>C.J. COAKLEY COMPANY, INC.<br><br>**Plaintiff,**<br><br>v.<br><br>LIBERTY MUTUAL<br>INSURANCE COMPANY<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-01936 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## STATUS MEMORANDUM

Pursuant to the Court's Order dated January 17, 2007, the undersigned counsel hereby submits the following status memorandum pertaining to the service of the above-styled matter. This case was filed on November 13, 2006 in order to preserve the statute of limitations pertaining to Plaintiff's claims contained therein. Since that time, Plaintiff and Defendant have been attempting to resolve the Plaintiff's claims. Therefore, no service has yet been made on Defendant pending Defendant's investigation and further discussions. If the matter cannot be resolved, Plaintiff will serve Defendant within the time required by Rule 4(m) of the Federal Rules of Civil Procedure. Counsel is available to the Court if further information is required.

Dated:  January 29, 2007                    Respectfully submitted,

                                            United States of America, for the Use and Benefit
                                            of C.J. Coakley Company, Inc.

                                            By Counsel,

    */s/ Kristen A. Bennett*_____
Kristen A. Bennett (DC Bar # 451556)
Robert D. Windus (DC Bar #436660)
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia  22102-4225
(703) 506-2050  Telephone
(703) 506-2051  Facsimile
E-mail: K.Bennett@mooreandlee.com

2