UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the Use and Benefit of<br>C.J. COAKLEY COMPANY, INC.<br><br>**Plaintiff,**<br><br>v.<br><br>LIBERTY MUTUAL<br>INSURANCE COMPANY<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-01936 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, Plaintiff C.J. Coakley Company, Inc., by counsel, hereby files this notice of voluntary dismissal of the above-styled matter.

Dated: March 23, 2007

Respectfully submitted,

United States of America, for the Use and Benefit
of C.J. Coakley Company, Inc.

By Counsel,

 /s/ Kristen A. Bennett
Kristen A. Bennett (DC Bar # 451556)
Robert D. Windus (DC Bar #436660)
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
(703) 506-2050  Telephone
(703) 506-2051  Facsimile
E-mail: K.Bennett@mooreandlee.com